# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

DAVID B.H.,

               Plaintiff,

      v.

FRANK BISIGNANO,
Commissioner of Social Security,[1]

No. 5:25-cv-01628-HDV-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, Plaintiff's Objections to the Report and Recommendation, and Defendant's Response to Plaintiff's Objections. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.     The Report and Recommendation is accepted; and

---

[1] Frank Bisignano became the Commissioner of Social Security in May 2025 and is substituted as Defendant here pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

2.    Judgment shall be entered affirming the decision of the Commissioner and dismissing this action with prejudice.

Dated:  _06/30/26_____          _____

HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

2