JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

DAVID B. H.,

       Plaintiff,

  v.

FRANK BISIGNANO,
Commissioner of Social Security,[1]

No. 5:25-cv-01628-HDV-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Commissioner's denial of benefits is affirmed. This action is dismissed with prejudice.

Dated: _06/30/26_____

_____
HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

---

[1] Frank Bisignano became the Commissioner of Social Security in May 2025 and is substituted as Defendant here pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.